FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-3031
_____

CHRISTOPHER MOSLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

April 22, 2019


PER CURIAM.

DISMISSED. Any request for belated appeal must be filed pursuant to Florida Rule of Appellate Procedure 9.141(c).

RAY, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher Mosley, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.